*Robin S. Schwartz*, assistant state's attorney, in opposition.

Decided February 19, 2009

STATE OF CONNECTICUT *v.* CURTIS EASTON

The defendant's petition for certification for appeal from the Appellate Court, 111 Conn. App. 538 (AC 28652), is denied.

*Sarah F. Summons*, special public defender, in support of the petition.

*Laurie N. Feldman*, special deputy assistant state's attorney, in opposition.

Decided February 19, 2009

JOHN ALAN SAKON *v.* TOWN OF GLASTONBURY

The plaintiff's petition for certification for appeal from the Appellate Court, 111 Conn. App. 242 (AC 28933), is denied.

*John Alan Sakon*, pro se, in support of the petition.

*Beth Bryan Critton*, in opposition.

Decided February 19, 2009

WILLIAM R. SOLONICK *v.* ELECTRIC BOAT CORPORATION

The plaintiff's petition for certification for appeal from the Appellate Court, 111 Conn. App. 793 (AC 29575), is denied.